# United States Court of Appeals for the Federal Circuit

2007-1444

SALMON SPAWNING & RECOVERY ALLIANCE,
NATIVE FISH SOCIETY and CLARK-SKAMANIA FLYFISHERS,

Plaintiffs-Appellants,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION,
DIRK KEMPTHORNE, Secretary of the Interior, UNITED STATES
DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE
SERVICE, CARLOS GUTIERREZ, Secretary of Commerce, UNITED STATES
DEPARTMENT OF COMMERCE, D. ROBERT LOHN, in his official capacity,
DEBORAH J. SPERO, in her official capacity, H. DALE HALL, in his
official capacity, W. RALPH BASHAM, in his official capacity, and
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
NATIONAL MARINE FISHERIES SERVICE,

Defendants-Appellees.

Stephen C. Tosini, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, filed a petition for panel rehearing for defendants-appellees. With him on the petition were Gregory G. Katsas, Assistant Attorney General, and Jeanne E. Davidson, Director.

Svend A. Brandt-Erichsen, Heller Ehrman LLP, of Seattle, Washington, filed a response to the petition for plaintiffs-appellants.

Appealed from: United States Court of International Trade

Judge Judith M. Barzilay

# United States Court of Appeals for the Federal Circuit

2007-1444

SALMON SPAWNING & RECOVERY ALLIANCE,
NATIVE FISH SOCIETY and CLARK-SKAMANIA FLYFISHERS,

Plaintiffs-Appellants,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION,
DIRK KEMPTHORME, Secretary of the Interior,
UNITED STATES DEPARTMENT OF THE INTERIOR,
UNITED STATES FISH AND WILDLIFE SERVICE,
CARLOS GUTIERREZ, Secretary of Commerce,
UNITED STATES DEPARTMENT OF COMMERCE,
D. ROBERT LOHN, in his official capacity,
DEBORAH J. SPERO, in her official capacity,
H. DALE HALL, in his official capacity,
W. RALPH BASHAM, in his official capacity,
and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL
MARINE FISHERIES SERVICE,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 06-00191, Judge Judith M. Barzilay

ON PETITION FOR REHEARING

Before MICHEL, <u>Chief Judge</u>, GAJARSA, <u>Circuit Judge</u>, and YOUNG, <u>District Judge</u>*.

PER CURIAM.

_____

      *     The Honorable William G. Young, District Judge, United States District Court for the District of Massachusetts, sitting by designation.

<u>ORDER</u>

Defendants-Appellees (collectively the "United States") have sought rehearing of this court's decision in <u>Salmon Spawning & Recovery Alliance v. United States</u>, 532 F.3d 1338 (Fed. Cir. 2008), for the limited purpose of reconsidering statements made in this court's original opinion regarding whether the Court of International Trade may exercise "supplemental" jurisdiction pursuant to 28 U.S.C. § 1367(a). In response Plaintiffs-Appellants Salmon Spawning and Recovery Alliance, Native Fish Society, and Clark-Skamania Flyfishers (collectively "Salmon Spawning") elected to take no position on the issue presented by the petition. All parties agree that the relief requested by the petition would not alter the outcome of the appeal.

IT IS ORDERED THAT:

The petition for rehearing is <u>granted</u> solely so that this court may issue a revised opinion; and the panel's previous opinion at 532 F.3d 1338 is <u>withdrawn</u>.

FOR THE COURT

<u>December 18, 2008</u>　　　/s/ Jan Horbaly
　　　Date　　　　　　　　Jan Horbaly
　　　　　　　　　　　　Clerk

2007-1444